IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNI-DIVERSIFIED, INC., and ) <br> TRIANGLE CORPORATION ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SPALDING SPORTS WORLDWIDE, INC. ) <br> and RUSSELL CORPORATION ) <br> ) <br> Defendants. ) | Civil Action <br><br> File No: 04-961 (JJF) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Michael A. Weidinger, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves for the admission *pro hac vice* of Bradley W. Grout, Esq., to represent Defendants Russell Corporation in this action. The Admittee is admitted, practicing, and in good standing in the State of Georgia, inclusive of all state courts, the United States District Court for the Northern District of Georgia and the Middle District of Georgia and the Eleventh Circuit Court of Appeals.

Dated: 3/16/05

Respectfully submitted,

**MORRIS, JAMES, HITCHEN & WILLIAMS LLP**

/s/ Michael A. Weidinger
Michael A. Weidinger (I.D. No. 3330)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-1621
Telephone: (302) 888-6955
Facsimile: (302) 571-1750

*Local Counsel for Russell Corporation*

-2-

## **CERTIFICATE OF ADMITTEE**

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

HUNTON & WILLIAMS LLP

Bradley W. Grout
Georgia Bar No. 313950
Bank of America Plaza, Suite 4100
600 Peachtree Street, NE
Atlanta, Georgia 30308
Telephone: (404) 888-4000
Facsimile: (404) 888-4190

*Counsel to Russell Corporation.*

Motion granted.

BY THE COURT:

Date: _____     _____
                                 United States District Court Judge

44109.000005 ATLANTA 551532v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 16, 2005, he caused two copies of the Motion and Order for Admission *Pro Hac Vice* of Bradley W. Grout, Esquire, to be served by hand delivery on the following:

> William F. Taylor, Jr., Esquire
> Katherine L. Mayer, Esquire
> McCarter & English, LLP
> 919 N. Market Street
> Suite 1800
> Wilmington, DE 19801

_____
Michael A. Weidinger (#3330)