**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNI-DIVERSIFIED, INC., and<br>TRIANGLE CORPORATION | ) )<br>) | |
| Plaintiffs, | )<br>) | Civil Action |
| v. | )<br>) | File No: 04-961 (JJF) |
| SPALDING SPORTS WORLDWIDE, INC.<br>and RUSSELL CORPORATION | )<br>)<br>) | |
| Defendants. | )<br>) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Michael A. Weidinger, a member of the bar of this Court, pursuant to District Court

Local Rule 83.5, moves for the admission *pro hac vice* of Lawrence J. Bracken II, Esq., to

represent Defendant Russell Corporation in this action. The Admittee is admitted, practicing,

and in good standing in all state courts in the State of Georgia, State of New York and the State

of Virginia; the U.S. District Courts for the Northern District of Georgia and Middle District of

Georgia, the Eastern District of Virginia, the Western District of Virginia and the District of

Arizona.

Dated: 3|16|05

Respectfully submitted,

**MORRIS, JAMES, HITCHEN &**
**WILLIAMS LLP**

Michael A. Weidinger (I.D. No. 3330)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-1621
Telephone: (302) 888-6955
Facsimile: (302) 571-1750

*Local Counsel for Russell Corporation*

-2-

## CERTIFICATE OF ADMITTEE

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is

admitted to practice and in good standing in the jurisdictions shown in the paragraph above,

submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in

the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of

the Local Rules of this Court and is generally familiar with such Rules.

HUNTON & WILLIAMS LLP

Lawrence J. Bracken II
Georgia Bar No. 073750
Bank of America Plaza, Suite 4100
600 Peachtree Street, NE
Atlanta, Georgia 30308
Telephone:  (404) 888-4000
Facsimile:  (404) 888-4190

*Counsel to Russell Corporation.*


Motion granted.

BY THE COURT:


Date: _____        _____

United States District Court Judge

44109.000005 ATLANTA 552673v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 16, 2005, he caused two copies of the

Motion and Order for Admission *Pro Hac Vice* of Laurence J. Bracken, II, Esquire, to be served

by hand delivery on the following:

William F. Taylor, Jr., Esquire
Katherine L. Mayer, Esquire
McCarter & English, LLP
919 N. Market Street
Suite 1800
Wilmington, DE  19801

_____
Michael A. Weidinger (#3330)