IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNI-DIVERSIFIED, INC., and<br>TRIANGLE CORPORATION,<br><br>    Plaintiffs,.<br><br>    v.<br><br>SPALDING SPORTS WORLDWIDE, INC.<br>and RUSSELL CORPORATION<br><br>    Defendants. | Civil Action No. 04-961 (JJF)<br><br>Jury Trial Demanded |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 5, 2005, copies of Defendant Russell Corporation's First Interrogatories to Plaintiff Triangle Corporation, pursuant to Rule 33 of the Federal Rules of Civil Procedure, were served on the following by facsimile and by mailing a copy thereof, first class postage paid, to:

William F. Taylor, Jr.,
McCarter & English LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801

David A. Reif, Esquire
McCarter & English LLP
City Place I
185 Asylum Street, 36th Floor
Hartford, CT 06103

MORRIS JAMES HITCHENS & WILLIAMS LLP

*/s/ Michael A. Weidinger*

Michael A. Weidinger (I.D. No. 3330)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-1621
Telephone: (302) 888-6800
Attorneys for Russell Corporation

1132360