IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNI-DIVERSIFIED, INC., and TRIANGLE CORPORATION, <br><br> Plaintiffs,. <br><br> v. <br><br> SPALDING SPORTS WORLDWIDE, INC. and RUSSELL CORPORATION <br><br> Defendants. | Civil Action No. 04-961 (JJF) <br><br> Jury Trial Demanded |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 5, 2005, copies of Defendant Russell Corporation's First Interrogatories to Plaintiff Uni-Diversified, Inc., pursuant to Rule 33 of the Federal Rules of Civil Procedure, were served on the following by facsimile and by mailing a copy thereof, first class postage paid, to:

William F. Taylor, Jr.,
McCarter & English LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801

David A. Reif, Esquire
McCarter & English LLP
City Place I
185 Asylum Street, 36th Floor
Hartford, CT 06103

MORRIS JAMES HITCHENS & WILLIAMS LLP

/s/ Michael A. Weidinger
_____
Michael A. Weidinger (I.D. No. 3330)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-1621
Telephone: (302) 888-6800
Attorneys for Russell Corporation

1132366