IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNI-DIVERSIFIED, INC., and TRIANGLE CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>SPALDING SPORTS WORLDWIDE, INC. and RUSSELL CORPORATION<br><br>Defendants. | Civil Action No: 04-961 (JJF) |

### NOTICE OF SERVICE

I, Katharine L. Mayer, Esquire, do hereby certify that on this 8th day of April, 2005, a true and correct copy of Uni-Diversified, Inc. and Triangle Corporation's Initial Disclosures Pursuant to Fed. R. Bankr. P. 7026(a)(1) and Fed. R. Civ. P. 26(a) was caused to be served upon the persons listed below as indicated:

**VIA HAND DELIVERY**
Michael A. Weidinger, Esq. (Del. #3330)
Morris, James, Hitchen & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-1621

**VIA FIRST CLASS MAIL**
Elizabeth Ann Morgan, Esq.
Amy Alcoke Quackenboss, Esq.
HUNTON & WILLIAMS LLP
Bank of America Plaza
Suite 4100
Atlanta, GA 30301

**McCARTER & ENGLISH, LLP**

/s/ Katharine L. Mayer
William F. Taylor, Jr. (DE # 2936)
Katharine L. Mayer (DE # 3758)
919 N. Market St., Suite 1800
Wilmington, DE 19801
Telephone: 302-984-6300
Facsimile: 302-984-6399

Dated: April 8, 2005
WL1: 104777.01