IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNI-DIVERSIFIED, INC., and<br>TRIANGLE CORPORATION<br><br>    Plaintiffs,<br><br>    v.<br><br>SPALDING SPORTS WORLDWIDE, INC.<br>and RUSSELL CORPORATION<br><br>    Defendants. | Civil Action No: 04-961 (JJF) |

## NOTICE OF SERVICE

    I, Katharine L. Mayer, Esquire, do hereby certify that on this 15th day of April, 2005, a true and correct copy of Uni-Diversified, Inc. and Triangle Corporation's Amended Initial Disclosures Pursuant to Fed. R. Bankr. P. 7026(a)(1) and Fed. R. Civ. P. 26(a) was caused to be served upon the persons listed below as indicated:

**VIA HAND DELIVERY**
Michael A. Weidinger, Esq. (Del. #3330)
Morris, James, Hitchen & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801-1621

**VIA FIRST CLASS MAIL**
Elizabeth Ann Morgan, Esq.
Amy Alcoke Quackenboss, Esq.
HUNTON & WILLIAMS LLP
Bank of America Plaza
Suite 4100
Atlanta, GA  30301

**McCARTER & ENGLISH, LLP**

/s/ Katharine L. Mayer
William F. Taylor, Jr. (DE # 2936)
Katharine L. Mayer (DE # 3758)
919 N. Market St., Suite 1800
Wilmington, DE 19801
Telephone: 302-984-6300
Facsimile: 302-984-6399

Dated: April 15, 2005
WL1: 105079.01