IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNI-DIVERSIFIED, INC., and ) <br> TRIANGLE CORPORATION ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SPALDING SPORTS WORLDWIDE, INC. ) <br> and RUSSELL CORPORATION ) <br> ) <br> Defendants. ) | Civil Action <br><br> File No: 04-961 (JJF) |

NOTICE OF SERVICE

    I, William F. Taylor, Jr., Esquire, do hereby certify that on this 9th day of May, 2005, a true and correct copy of the foregoing *Responses and Objections of the Plaintiffs to the First Set of Interrogatories of Defendant Directed to Plaintiffs and First Request of Defendant for Production of Documents* were caused to be served upon the person listed below as indicated:

| | |
|---|---|
| **VIA FIRST CLASS MAIL** <br> Lawrence J. Bracken II, Esq. <br> Bradley W. Grout, Esq. <br> HUNTON & WILLIAMS LLP <br> 4100 Bank of America Plaza <br> 600 Peachtree Street, N.E. <br> Atlanta, Georgia 30308-2216 | **VIA HAND DELIVERY** <br> Michael A. Weidinger, Esq. <br> MORRIS, JAMES, HITCHEN & <br> WILLIAMS LLP <br> 222 Delaware Avenue, 10th Floor <br> Wilmington, DE 19801-1621 |

*/s/ William F. Taylor, Jr*
William F. Taylor, Jr. (No. 2936)
McCarter & English, LLP
919 North Market Street,
Suite 1800
Wilmington, DE 19899
Telephone: (302) 984-6300
Facsimile: (302) 984-2469

WL1: 106050.01