IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNI-DIVERSIFIED, INC., and<br>TRIANGLE CORPORATION<br><br>    Plaintiffs,<br><br>v.<br><br>SPALDING SPORTS WORLDWIDE, INC.<br>and RUSSELL CORPORATION<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No: 04-961(JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, William F. Taylor, hereby certify that on July 25, 2005 two true and correct copies of *Plaintiff Uni-Diversified, Inc., and Triangle Corporation's First Set of Interrogatories and Requests for Production of Documents Directed to Defendants Spalding Sports Worldwide, Inc., and Russell Corporation* have been served in the manner listed below upon the following party:

**Via Facsimile and Regular Mail**

Lawrence J. Bracken II
Bradley W. Gout
HUNTON & WILLIAMS LLP
4100 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216

**Via Hand Delivery**

Michale A. Weidinger
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware

McCARTER & ENGLISH, LLP

By: _____
William F. Taylor (DE. BAR ID #2936)
Jennifer M. Zelvin (DE BAR ID #4325)
919 N. Market Street, Suite 1800
P. O. Box 111
Wilmington, DE 19899
Telephone: (302) 984-6300; Facsimile: (302) 984-6399

Dated: July 26, 2005