# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNI-DIVERSIFIED, INC., and<br>TRIANGLE CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>SPALDING SPORTS WORLDWIDE, INC.<br>and RUSSELL CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No: 04-961 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION
## OF DOUG WARRINGTON

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, the undersigned, on behalf of the Defendant in the above captioned action, will take the deposition of Doug Warrington by oral examination on Wednesday, September 14, 2005, beginning at 10:00 a.m., at the offices of Morris James Hitchens & Williams, LLP, 222 Delaware Avenue, 10th Floor, Wilmington, DE 19801, or at such other location and time as the parties shall agree. The deposition may be videotaped as well as recorded by other stenographic means. The deposition will continue from day to day until completed.

                                            MORRIS JAMES HITCHENS & WILLIAMS LLP

                                            /s/ Michael A. Weidinger
                                            Michael A. Weidinger (I.D. #3330)
                                            222 Delaware Avenue
                                            10th Floor
                                            Wilmington, DE 19801
                                            Telephone: (302) 888-6800
                                            Facsimile: (302) 571-1750
                                            Attorneys for Russell Corporation

September 2, 2005

OF COUNSEL:

HUNTON & WILLIAMS LLP
Lawrence J. Bracken, II
Bradley W. Grout
4100 Bank Of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
Telephone:  (404) 888-4000
Facsimile:   (404) 888-4190
Admitted *Pro Hac Vice*

1277590

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNI-DIVERSIFIED, INC., and TRIANGLE CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>SPALDING SPORTS WORLDWIDE, INC. and RUSSELL CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No: 04-961 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

    I, MICHAEL A. WEIDINGER, hereby certify that on September 2, 2005, I caused copies of Plaintiff's Notice of Deposition of Doug Warrington to be hand delivered on the following counsel of record:

    William F. Taylor, Jr., Esquire
    Katharine L. Mayer, Esquire
    McCarter and English, LLP
    919 N. Market Street
    Suite 1800
    Wilmington, DE 19801

    MORRIS JAMES HITCHENS & WILLIAMS LLP

    /s/ Michael A. Weidinger
    Michael A. Weidinger (I.D. #3330)
    222 Delaware Avenue
    10th Floor
    Wilmington, DE 19801
    Telephone: (302) 888-6800
    Facsimile: (302) 571-1750
    Attorneys for Russell Corporation