## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNI-DIVERSIFIED, INC., and TRIANGLE CORPORATION, )<br>)<br>) | |
| Plaintiff, )<br>) | Civil Action No: 04-961 (JJF) |
| v. )<br>) | |
| SPALDING SPORTS WORLDWIDE, INC. and RUSSELL CORPORATION, )<br>)<br>) | |
| Defendants. ) | |

### NOTICE OF DEPOSITION
### OF BEN MATSUMOTO

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, the undersigned, on behalf of the Defendant in the above captioned action, will take the deposition of Ben Matsumoto by oral examination on Tuesday, September 13, 2005, beginning at 10:00 a.m., at the offices of Morris James Hitchens & Williams, LLP, 222 Delaware Avenue, 10th Floor, Wilmington, DE 19801, or at such other location and time as the parties shall agree. The deposition may be videotaped as well as recorded by other stenographic means. The deposition will continue from day to day until completed.

MORRIS JAMES HITCHENS & WILLIAMS LLP

_/s/ Michael A. Weidinger_
Michael A. Weidinger (I.D. #3330)
222 Delaware Avenue
10th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Attorneys for Russell Corporation

September 2, 2005

OF COUNSEL:

HUNTON & WILLIAMS LLP
Lawrence J. Bracken, II
Bradley W. Grout
4100 Bank Of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
Telephone:  (404) 888-4000
Facsimile:   (404) 888-4190
Admitted *Pro Hac Vice*

1277619

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNI-DIVERSIFIED, INC., and<br>TRIANGLE CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>SPALDING SPORTS WORLDWIDE, INC.<br>and RUSSELL CORPORATION,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No: 04-961 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, MICHAEL A. WEIDINGER, hereby certify that on September 2, 2005, I caused copies of Plaintiff's Notice of Deposition of Ben Matsumoto to be hand delivered on the following counsel of record:

    William F. Taylor, Jr., Esquire
    Katharine L. Mayer, Esquire
    McCarter and English, LLP
    919 N. Market Street
    Suite 1800
    Wilmington, DE 19801

                                          MORRIS JAMES HITCHENS & WILLIAMS LLP

                                          /s/ Michael A. Weidinger
                                          Michael A. Weidinger (I.D. #3330)
                                          222 Delaware Avenue
                                          10th Floor
                                          Wilmington, DE 19801
                                          Telephone: (302) 888-6800
                                          Facsimile: (302) 571-1750
                                          Attorneys for Russell Corporation

1277620