IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNI-DIVERSIFIED, INC., and <br> TRIANGLE CORPORATION, <br> <br> Plaintiffs,. <br> <br> v. <br> <br> SPALDING SPORTS WORLDWIDE, INC. <br> and RUSSELL CORPORATION <br> <br> Defendants. | Civil Action No. 04-961 (JJF) <br> <br> Jury Trial Demanded |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 9, 2005, copies of Defendant Russell Corporation's Responses and Objections to Plaintiffs Uni-Diversified, Inc., and Triangle Corporation's First Set of Interrogatories and Requests for Production of Documents, along with this Notice of Service, were served on the following by sending a copy thereof via Federal Express, next business day delivery:

William F. Taylor, Jr., Esquire
McCarter & English LLP
919 N. Market Street, Suite 1800
Wilmington, DE  19801

MORRIS JAMES HITCHENS & WILLIAMS LLP

_/s/ Michael A. Weidinger_
Michael A. Weidinger (I.D. No. 3330)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-1621
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Attorneys for Russell Corporation

1279996