McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com

WILLIAM F. TAYLOR, JR.

wtaylor@mcarter.com



McCARTER
ENGLISH
ATTORNEYS AT LAW

March 21, 2006

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   **Uni-Diversified, Inc. and Triangle Corp. v. Spalding Sports Worldwide, Inc. and Russell Corporation**
      **U.S. District Court for the District of Delaware, C.A. 04-961 JJF**
      **Our File No.: 99298-00001**

Dear Judge Farnan:

The parties in this case have all but completed discovery, except for the taking of depositions. We were delayed in that task due to the rather extraordinary efforts both sides have employed attempting settlement of this case. Quite frankly, we have been in ongoing and extensive settlement discussions for months. Unfortunately, and not from any lack of effort, we cannot come to a resolution acceptable to both sides. As such, the parties need to take depositions and prepare this case for trial. The parties mutually believe that the modest additional time sought in the attached "Stipulated Proposed Second Amended Rule 16 Scheduling Order" is needed to finish out the discovery and prepare the case for trial.

Should the Court have any comments or concerns, the parties will make themselves available to discuss at the Court's convenience.

Respectfully submitted,

WILLIAM F. TAYLOR, JR.

WFT/jc

Enclosure
Cc: Brad Grout, Esq.
    Larry Bracken, Esq.
    Michael A. Weidinger, Esq.

| HARTFORD | STAMFORD | NEW YORK CITY | NEWARK | PHILADELPHIA | WILMINGTON | BALTIMORE |
| --- | --- | --- | --- | --- | --- | --- |
| 860.275.6700 | 203.324.1800 | 212.609.6800 | 973.622.4444 | 215.979.3800 | 302.984.6300 | 410.659.8500 |

ME1\5547326.1