IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNI-DIVERSIFIED, INC., and<br>TRIANGLE CORPORATION, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 04-961-JJF |
| | : | |
| SPALDING SPORTS WORLDWIDE, INC,<br>and RUSSELL CORPORATION, | : | |
| | : | |
| Defendants. | : | |

### O R D E R

WHEREAS, the Court entered the parties Stipulated Proposed Second Amended Rule 16 Scheduling Order on March 22, 2006;

WHEREAS, due to the Courts granting of the extension of deadlines in the above-captioned case, the Pretrial Conference set for June 8, 2006 will be moved;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, September 14, 2006 at 3:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel

should be available during the 120 day period for trial.

\_\_March 23, 2006\_\_  
DATE

_____  
UNITED STATES DISTRICT JUDGE