IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNI-DIVERSIFIED, INC., and<br>TRIANGLE CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>SPALDING SPORTS WORLDWIDE, INC.<br>and RUSSELL CORPORATION<br><br>Defendants. | Civil Action<br><br>File No: 04-961 (JJF) |

**STIPULATED ORDER OF DISMISSAL**

It is hereby stipulated, agreed and ordered, by and among counsel for the parties and the Court, that the above-captioned action is hereby dismissed with prejudice, each party to bear its own fees and costs.

William F. Taylor, Jr., Esq.
Katharine L. Mayer, Esq.
McCARTER & ENGLISH, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19899

Attorneys for Uni-Diversifed, Inc., and
Triangle Corporation

Michael A. Weidinger, Esq.
MORRIS, JAMES, HITCHEN & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-1621
&
Bradley W. Grout, Esq.
Lawrence J. Bracken II, Esq.
HUNTON & WILLIAMS LLP
4100 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216

Attorneys for Russell Corporation

SO ORDERED, this_____day of May, 2006.

_____
The Honorable Joseph J. Farnan
United States District Court Judge

ME1\5593835.1