## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNI-DIVERSIFIED, INC., and<br>TRIANGLE CORPORATION<br><br>        Plaintiffs,<br><br>      v.<br><br>SPALDING SPORTS WORLDWIDE, INC.<br>and RUSSELL CORPORATION<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action

File No: 04-961 (JJF)

### CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing **Stipulated Order of Dismissal** was served on

the following by mailing a copy thereof, first class postage prepaid, to:

Michael A. Weidinger, Esq.
MORRIS, JAMES, HITCHEN & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-1621

&

Bradley W. Grout, Esq.
Lawrence J. Bracken II, Esq.
HUNTON & WILLIAMS LLP
4100 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216

**Attorneys for Russell Corporation**

This ___17th___ day of May, 2006.

By: /s/ William F. Taylor Jr.
    William F. Taylor Jr.  (DE # 2936)

Attorney for Russell Corporation