IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNI-DIVERSIFIED, INC. and TRIANGLE CORPORATION, | : : : |
| Plaintiffs, | : : |
| v. | : : Civil Action No. 04-961-JJF |
| SPALDING SPORTS WORLDWIDE, INC., and RUSSELL CORPORATION, | : : : : |
| Defendants. | : |

## ORDER

At Wilmington this **17th** day of **May, 2006**,

IT IS ORDERED that the mediation conference tentatively scheduled for Tuesday, June 20, 2006 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE