McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mcarter.com

WILLIAM F. TAYLOR, JR.

wtaylor@mcarter.com



McCARTER
ENGLISH
ATTORNEYS AT LAW

May 17, 2006

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

**Re:    Uni-Diversified, Inc. and Triangle Corp. v. Spalding Sports Worldwide, Inc. and Russell Corporation**
**U.S. District Court for the District of Delaware, C.A. 04-961 JJF**
**Our File No.: 99298-00001**

Dear Judge Farnan:

Enclosed please find the Stipulated Order of Dismissal which was filed by our office in the above captioned case. We respectfully request that the enclosed order be entered at the convenience of the Court.

As always, I am available at the Court's convenience should there be any questions in this matter.

Respectfully submitted,

WILLIAM F. TAYLOR, JR.

WFT/plp

Enclosure

| HARTFORD | STAMFORD | NEW YORK CITY | NEWARK | PHILADELPHIA | WILMINGTON | BALTIMORE |
|---|---|---|---|---|---|---|
| 860.275.6700 | 203.324.1800 | 212.609.6800 | 973.622.4444 | 215.979.3800 | 302.984.6300 | 410.659.8500 |

ME1\5654853.1